IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIE CARASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:18-cv-800-ECM |
| | ) | [wo] |
| ALABAMA DEPARTMENT OF | ) | |
| PUBLIC HEALTH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the Court is the Defendants' motion to dismiss (doc. 19) filed on November 27, 2018. With leave of court, the Plaintiff has filed an amended complaint. Because the Defendants' motion to dismiss (doc. 19) is directed to a previous amended complaint, it is hereby

ORDERED that the Defendants' motion to dismiss (doc. 19) be and is hereby DENIED as moot.

Done this 13th day of June, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE