IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIE CARASTRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18CV800-ECM |
| ) | (wo) |
| ALABAMA DEPARTMENT OF PUBLIC ) | |
| HEALTH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case it is the

ORDER, JUDGMENT, and DECREE of the Court that final judgment is entered against Marie Carastro and in favor of the Defendants.

The Clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of August, 2021.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE